IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH SISK, TERRENCE WARD, THEORDA RANDLE, and WILLIAM BINDER, on behalf of themselves and other similarly situated individuals, | ) ) ) ) ) ) | JUDGMENT |
| Plaintiffs, | ) | Cv. No. 07-1095 JPM |
| v. | ) ) | |
| SARA LEE CORPORATION, JIMMY DEAN FOODS, and BRYAN FOODS INCORPORATED, | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant Bryan Foods Incorporated's Motion for Summary Judgment; Order of Dismissal, entered September 25, 2008, this case is DISMISSED with prejudice.

APPROVED:

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

September 25, 2008
Date